UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WAYNE PAIGE,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT WOODS HOSPITAL,<br><br>Defendant. | No. 2:15-cv-1453 JAM CKD P<br><br><br>FINDINGS AND RECOMMENDATIONS |

On July 14, 2015, plaintiff was ordered to file a completed in forma pauperis application or pay the $400 filing fee within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not filed a completed application to proceed in forma pauperis, nor paid the $400 filing fee.[1]

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections

---

[1] Plaintiff paid $5.00 on July 24, 2015.

1

1 | with the court. The document should be captioned "Objections to Magistrate Judge's Findings
2 | and Recommendations." Plaintiff is advised that failure to file objections within the specified
3 | time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153
4 | (9th Cir. 1991).

Dated: August 25, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
paig1453.fifp