UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WAYNE PAIGE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT WOODS HOSPITAL,<br><br>　　　　Defendant. | No.  2:15-cv-1453 CKD P<br><br><br>ORDER |

　　　　Plaintiff has requested an extension of time to file an application to proceed in forma pauperis or pay the filing fee.  Good cause appearing, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff's request for an extension of time is granted; and

　　　　2. Plaintiff is granted thirty days from the date of this order in which to pay the filing fee or submit a completed application to proceed in forma pauperis.  Failure to comply with this order will result in the court's August 25, 2015 findings and recommendations being submitted to the district court judge assigned to this case for decision.

Dated:  September 8, 2015

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
paig14534.36