UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WAYNE PAIGE,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT WOODS HOSPITAL,<br><br>Defendant. | No. 2:15-cv-1453 JAM CKD P<br><br><br><br>ORDER |

Plaintiff, a California prisoner proceeding pro se, has filed a motion asking that the court reconsider its November 4, 2015 order dismissing this case. A district court may reconsider a ruling under either Federal Rule of Civil Procedure 59(e) or 60(b). See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993). "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." Id. at 1263.

This action was dismissed because plaintiff failed to file an application to proceed in forma pauperis or pay the filing fee. Plaintiff fails to point to anything excusing his failure.

/////

/////

/////

1

1     Accordingly, IT IS HEREBY ORDERED that plaintiff's February 23, 2016 motion for
2 reconsideration (ECF No. 11) is denied.
3 DATED: March 29, 2016

                                          /s/ John A. Mendez_____
                                          UNITED STATES DISTRICT COURT JUDGE